UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  1:06CR594-11 |
|  | ) |  |
| Plaintiff, | ) | JUDGE ANN ALDRICH |
|  | ) |  |
| v. | ) | Magistrate Judge Hemann |
|  | ) |  |
| WILLIAM BUTTRAM | ) |  |
|  | ) | <u>ORDER</u> |
|  | ) |  |
| Defendant. | ) |  |

Before this court is the Report and Recommended Decision (the "R&R") of Magistrate Judge Hemann.  [Document No.707] recommending the court accept the stipulation of the violations and agreed modified terms of release.  No objections to the Report and Recommendation were filed.  The Report and Recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED.

<pre>
                                           s/Ann Aldrich
                                           ANN ALDRICH
                                           UNITED STATES DISTRICT JUDGE
</pre>

**Dated: September 7, 2007**